# United States Court of Appeals
# for the Fifth Circuit

―――――――――

No. 22-11046
Summary Calendar

―――――――――

United States Court of Appeals
Fifth Circuit

**FILED**
August 7, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Rudolfo Camacho,

*Defendant—Appellant*.

―――――――――――――――――――――――

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:22-CR-150-1

―――――――――――――――――――――――

Before Wiener, Stewart, and Douglas, *Circuit Judges.*

Per Curiam:[*]

The Federal Public Defender appointed to represent Defendant-Appellee Rudolfo Camacho has moved for leave to withdraw and filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Camacho has not filed a response. We reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal

―――――――――――――――――――

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-11046

presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

There is, however, a clerical error in the judgment. Camacho pleaded guilty to possession with intent to distribute a controlled substance in violation of 21 U.S.C. § 841. However, the judgment states that he also pleaded guilty to violating 21 U.S.C. § 846, which governs inchoate offenses. Accordingly, we REMAND to the district court for the limited purpose of correcting the clerical error in the judgment. *See* FED. R. CRIM. P. 36.